IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ROBERTO RAMOS VÁZQUEZ, et al.,

Plaintiffs,

v.

TRIPLE-S SALUD, INC., et al.,

Defendants.

CIVIL NO.: 19-1527 (SCC)

**ORDER**

On November 22, 2024, defendants Urologics, LLC, Urologist, LLC and Dr. Héctor Rodríguez Blázquez (collectively, the "Urologics Defendants"), and Triple-S Salud, Inc. ("Triple-S") (collectively, "Defendants") filed a motion to compel non-party Party Puerto Rico Urology Group ("PRUG") to produce certain documents. ECF No. 171. On December 12, PRUG filed a motion for extension of time and a motion to hold in abeyance Defendants' motion to compel. ECF No. 172. In the hearing held on December 18, 2024 (in which PRUG was not present nor required to attend), the Court granted PRUG's 15-day extension request to file a response to Defendants' motion to compel, but denied the request to hold in abeyance as to the same. ECF No. 184.

On December 27, 2024, PRUG filed their motion in opposition to Defendants' motion to compel. ECF No. 189. In PRUG's opposition motion, they write that the opposition is "premature" as they are still waiting for a deposition transcript which they intend to use in support of their arguments contained therein. *Id*. at 2-3. The deposition at issue was taken of a PRUG representative in October of 2024. *Id*. at 5. PRUG claims that "codefendants have not answered [their] request for the transcript of the deposition." *Id*. at n.2.

2

The Court has already granted an extension request by PRUG to file their response to Defendants' motion to compel, yet PRUG appears to be implicitly asking for another extension – without even specifying until when – in purporting that their opposition motion, as currently filed, is incomplete and requires a supplemental opposition motion once certain deposition transcripts become available. The Court does not review issues on a piecemeal basis. The deposition at issue took place in October of 2024, yet over two months later, no transcript has been produced to PRUG. This is unacceptable. Defendants have until January 22, 2025, to produce the deposition transcript at issue. PRUG's incomplete response in opposition (ECF No. 189) is stricken from the record, and PRUG has until January 29, 2025 to file a *complete* motion in opposition to Defendants' motion to compel. ECF No. 171.

    IT IS SO ORDERED.

    In San Juan, Puerto Rico, this 15th day of January, 2025.

s/Marcos E. López  
U.S. Magistrate Judge
